■ DOUGLAS WATERBURY, Respondent, v SECURITY MUTUAL INSURANCE COMPANY, Appellant, and MCLAUGHLIN-KEHOE ASSOCIATES, INC., Respondent. [614 NYS2d 953] —Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Hurlbutt, J. (Appeal from Judgment of Supreme Court, Oswego County, Hurlbutt, J.—Declaratory Judgment.) Present—Pine, J. P., Balio, Callahan, Davis and Boehm, JJ.

■ In the Matter of ALEXIS and Another, Infants. GREGORY W. S., Appellant; DAVID A. S., Respondent. [614 NYS2d 954] — Order unanimously affirmed without costs for reasons stated in decision at Chautauqua County Surrogate's Court, Cass, Jr., S. (Appeal from Order of Chautauqua County Surrogate's Court, Cass, Jr., S.—Adoption.) Present—Pine, J. P., Balio, Callahan, Davis and Boehm, JJ.